IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 97-C-1959-NE |
| PHYLLIS J. DEJONG, | ) | |
| Defendant. | ) | |

FILED
NOV 3 1997
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

ENTERED
NOV 3 1997

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on August 5, 1997; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $2,758.90, court costs of $150.00 pursuant to 28 U.S.C. § 1242(a)(2), accrued interest of $1,276.40 as of October 20, 1997, plus interest at the prevailing legal rate from the date of judgment.

4. Plaintiff is due to recover from Defendant the

5

total sum of $4,185.30, plus interest hereafter at the prevailing legal rate per annum until paid in full.  An abstract of judgment will enter accordingly.

        Done this the ___31st___ day of October, 1997.

                                              _____
                                              UNITED STATES DISTRICT JUDGE